UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO.: 1:14-cv-00003-WO-LPA

| | |
|---|---|
| KIMBERLY BUFFKIN, INDIVIDUALLY )<br>and ERIC RICHARDSON in his capacity )<br>as Guardian ad Litem for OP a minor child, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARUCHAN, INC. and TOYO )<br>SUISAN KAISHA, LTD., )<br>)<br>Defendants, ) | REQUEST FOR HEARING<br>FOR CONSIDERATION OF APPROVAL<br>OF MINOR'S SETTLEMENT |

NOW COME Plaintiffs Kimberly Buffkin, Individually, and Eric Richardson, as Guardian ad Litem for Minor Plaintiff O.P., together with Defendant Maurchan, Inc., and pursuant to LR 17.1, move the Court to hold a hearing in order to consider the approval of a confidential settlement agreement involving Minor Plaintiff, O.P., as is described in the Consent Motion for Approval of Minor's Settlement, which is filed contemporaneously herewith.

This the 16 day of May, 2016.

                          TEAGUE CAMPBELL DENNIS & GORHAM, LLP

                          By: /s/ *Leslie P. Lasher*
                              J. Matthew Little
                              NC State Bar No.: 20032
                              Leslie P. Lasher
                              NC State Bar No.: 39996
                              Local Counsel for Defendants Maruchan, Inc. and
                              Toyo Suisan Kaisha, Ltd.
                              Post Office Box 19207
                              Raleigh, North Carolina 27619-9207
                              (919) 873-0166 telephone
                              (919) 873-1814 facsimile

2

RUTHERFORD & CHRISTIE LLP

By: /s/ *David S. Rutherford*
       David S. Rutherford
       NY State Bar No.: 8564
       Attorneys for Defendants Maruchan, Inc. and
       Toyo Suisan Kaisha, Ltd.
       800 Third Avenue, 9th Floor
       New York, New York 10022
       (212) 599-5799 telephone
       (212) 599-5162 facsimile

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO.: 1:14-cv-00003-WO-LPA

| | |
|---|---|
| KIMBERLY BUFFKIN, INDIVIDUALLY ) <br> and ERIC RICHARDSON in his capacity ) <br> as Guardian ad Litem for OP a minor child, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARUCHAN, INC. and TOYO ) <br> SUISAN KAISHA, LTD., ) <br> ) <br> Defendants, ) | CERTIFICATE OF SERVICE |

I hereby certify that on May 16, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Andrew H. Brown
Benson, Brown & Faucher, P.L.L.C.
822 N. Elm Street, Suite 200
Greensboro, North Carolina 27401
dbrown@bbflaw.com

Mr. Robert J. Pavich
Mr. John J. Pavich
Pavich Law Group, P.C.
20 South Clark Street, Suite 700
Chicago, Illinois 60603
rpavich@pavichlawgroup.com
jpavich@pavichlawgroup.com

TEAGUE CAMPBELL DENNIS & GORHAM, LLP

By: /s/ *Leslie P. Lasher*
    J. Matthew Little
    NC State Bar No.: 20032
    Leslie P. Lasher
    NC State Bar No.: 39996
    Local Counsel for Defendants Maruchan, Inc. and
    Toyo Suisan Kaisha, Ltd.
    Post Office Box 19207
    Raleigh, North Carolina 27619-9207
    (919) 873-0166 telephone
    (919) 873-1814 facsimile